135 F.3d 764
 Goller Place Corp., Joseph Lentine, Sr., Joseph Lentine,
Jr., Salvatore Lentine, Fay Lentine, as Executrix
of Estate of Joseph Lentine, Sr., deceased
v.
Federal Deposit Insurance Corporation, as statutory
successor to Resolution Trust Corporation, Receiver for City
Federal Savings Bank; Federal Deposit Insurance Corporation,
as statutory successor to Resolution Trust Corporation,
Receiver for City Savings Bank, F.S.B. v. Goller Place Corp., Fay
 NO. 97-5139
 United States Court of Appeals,
Third Circuit.
 Dec 22, 1997
 Appeal From: D.N.J. ,Nos.932203, 944273
 
 1
 Affirmed.